Sharon Maynard, OSB# 925843
BENNETT, HARTMAN, MORRIS & KAPLAN
210 SW Morrison Street, Suite 500
Portland, Oregon 97204
Phone:  (503) 227-4600/FAX :  (503) 248-6800
e-mail: maynards@bennetthartman.com
    Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**ALLISON K. SANDBERG,**

    Plaintiff,

    v.

**CAROLYN COLVIN,**
Commissioner, Social Security
Administration,

    Defendant.

Civil. No.   3:14-cv-00810-ST

ORDER

Based upon the stipulation of the parties, it is hereby ORDERED that:   attorney fees in the amount of $8,799.78 and expenses in the amount of $45.50, pursuant to 28 U.S.C § 2412, and costs in the amount of $405.70, pursuant to 28 U.S.C § 1920, be awarded to Plaintiff for a total of $9,250.98. The check will be made payable to and mailed to Plaintiff's attorney unless Plaintiff owes a debt that is subject to recovery under the Treasury Offset.

DATED: _____22nd_____ day of ___July___, 2015

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:
/s/  Sharon Maynard_____
SHARON MAYNARD, OSB #925843
Attorney for Plaintiff

Page 1 - ORDER - EAJA FEES – A. SANDBERG